Ronald Satish **EMRIT**, Plaintiff-Appellant,

v.

**CONTINUUM LEGAL; Caci, Inc.; United States Department of Energy; Central Intelligence Agency (CIA), Defendants-Appellees.**

No. 17-1230

United States Court of Appeals, Fourth Circuit.

Submitted: April 25, 2017

Decided: April 28, 2017

Ronald Satish Emrit, Appellant Pro Se. Charles R. Claxton, PALEY, ROTHMAN, GOLDSTEIN, ROSENBERG & COOPER, CHARTERED, Bethesda, Maryland, for Appellees.

Before MOTZ, DUNCAN, and AGEE, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Ronald Satish Emrit appeals the district court's order dismissing his civil action for failure to state a claim. On appeal, we confine our review to the issues raised in the Appellant's brief. *See* 4th Cir. R. 34(b). Because Emrit's informal brief does not challenge the basis for the district court's disposition, Emrit has forfeited appellate review of the court's order.* *See Williams v. Giant Food Inc.*, 370 F.3d 423, 430 n.4 (4th Cir. 2004). Accordingly, we affirm the district court's judgment. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*

---

* Even assuming, without deciding, that the issues Emrit articulates in his notice of appeal are properly before us, we find no reversible error in the district court's dispositive ruling on those bases.